**DISMISS; and Opinion Filed September 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00571-CV

## DAVID ARTHUR, Appellant

## V.

## ANGELA LAFRANCES EVANS AND ALL OTHER OCCUPANTS, Appellees

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-00162-2014**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice O'Neill

Stating he no longer desires to prosecute the appeal, appellant has filed a motion for voluntary dismissal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140571F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DAVID ARTHUR, Appellant

No. 05-14-00571-CV          V.

ANGELA LAFRANCES EVANS AND
ALL OTHER OCCUPANTS, Appellees

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-00162-2014.
Opinion delivered by Justice O'Neill.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Angela LaFrances Evans and all other occupants recover their costs, if any, of this appeal from appellant David Arthur.

Judgment entered this 11th day of September, 2014.